THE STATE EX REL. YOUNGSTOWN HOSPITAL ASSOCIATION, APPELLEE AND CROSS-APPELLANT, v. INDUSTRIAL COMMISSION OF OHIO ET AL.; FELLOWS, APPELLANT AND CROSS-APPELLEE.

[Cite as *State ex rel. Youngstown Hosp. Assn. v. Indus. Comm.* (2000), 88 Ohio St.3d 229.]

(No. 99–1130—Submitted February 8, 2000—Decided March 22, 2000.)

---

*Manos, Pappas & Stefanski Co., L.P.A., Leonard J. Pappas* and *James A. Neff,* for appellee and cross-appellant.

*Green, Haines, Sgambati, Murphy & Macala Co., L.P.A., Ronald E. Slipski* and *Steven L. Paulson,* for appellant and cross-appellee.

---

The judgment of the court of appeals is affirmed consistent with the opinion of the court of appeals.

MOYER, C.J., RESNICK, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.

DOUGLAS, J., dissents.

F.E. Sweeney, J., dissents and would reverse the judgment of the court of appeals.